UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 3:08-CR-00017-LRH-RAM |
| ) | |
| v. ) | |
| ) | ORDER |
| GERARDO CRUZ-CASTRO and ) | |
| PEDRO VELASQUEZ ) | |
| ) | |
| Defendants. ) | |

Before the court is Defendant Gerardo Cruz-Castro and Defendant Pedro Velasquez's Motion In Limine to Exclude Evidence of Immigration Status (#71[1]). Because the Government has not opposed Defendants' motion, and the court agrees introduction of Defendants' immigration status is irrelevant under Federal Rule of Evidence 402, the court grants Defendants' motion. This ruling, however, does not preclude the Government from offering evidence of either Defendants' immigration status if the door is opened to such evidence at trial.

///

///

///

///

___

[1] Refers to the court's docket

1   IT IS THEREFORE ORDERED that Defendants' Motion In Limine to Exclude Evidence of
2  Immigration Status (#71) is GRANTED.
3   IT IS SO ORDERED.
4   DATED this 26th day of January, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2