UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>GERARDO A. CRUZ-CASTRO and<br>PEDRO A. VELASQUEZ,<br><br>                Defendants. | 3:08-CR-00017-LRH-RAM<br><br><u>ORDER</u> |

      The sentencings in this action having been held on May 26, 2009, and it having come to the court's attention that it was not made clear on the record upon which of the two counts of each defendant's conviction the 120-month periods of incarceration were ordered, and the court having not addressed each count of conviction relative to the sentence imposed, the sentencing of each defendant needs to be reopened and a hearing held in order for the parties to present their positions and for the court to identify and impose sentencing upon each count of conviction for each defendant.

///

///

///

///

///

///

///

1  GOOD CAUSE APPEARING a single reopened sentencing hearing is necessary for both defendants and such hearing is scheduled for Tuesday, June 2, 2009, at 10:00 a.m.  See Fed. R. Crim. P. 35.  The Probation Department is requested to submit a supplemental report and recommendation pertaining to each count of conviction for each defendant.

IT IS SO ORDERED.

DATED this 27th day of May, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE