UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　　Plaintiff,<br>　v.<br>PEDRO A. VELASQUEZ,<br>　　　　　　　　　　　Defendant. | Case No. 3:08-CR-00017-LRH-RAM<br><br>ORDER |

　　　　Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, have filed a motion to withdraw (#146) as defendant's counsel of record. The court received and reviewed the reduction of sentence report on defendant prepared by Probation. The report concludes defendant is ineligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), Amendment 782, and pursuant to U.S.S.G. § 1B1.10, effective November 1, 2014, as he was sentenced to the statutory minimum sentence and in accord with 21 U.S.C. § 851(a)(1).

　　　　The court appointed defendant counsel to determine whether he qualifies for a reduction of sentence. Based upon Probation's report, counsel does not intend to file a motion for a reduction. The court will therefore grant the motion to withdraw.

　　　　Before being granted counsel, defendant filed a motion (#144) seeking Discretionary Relief pursuant to 18 U.S.C. § 3582(c)(2). The court does not find a response from the United States Attorney's office is necessary for a ruling on

defendant's motion. The defendant was sentenced to the statutory minimum sentence available and is therefore not entitled to a reduction.

Accordingly, IT IS HEREBY ORDERED that defendant's motion to withdraw (#146) is **GRANTED**.

IT IS FURTHER ORDERED that defendant's motion (#144) seeking Discretionary Relief pursuant to 18 U.S.C. § 3582(c)(2) is **DENIED**.

IT IS SO ORDERED.

DATED this 24th day of April, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE